UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven and Patricia Knish,
Knish Corporation, f/k/a
Knish Construction Co., Inc.,

01cv2363 (JEL/JGL)

v.

Commissioner of Internal Revenue
Service and United States of America,

-----------------------------------------------

Steven and Patricia Knish,
Knish Corporation, f/k/a
Knish Construction Co., Inc.,

02cv821 (JRT/FLN)

v.

Internal Revenue Service,

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 01cv2363 having been assigned to Judge Joan E. Lancaster and Case No. 02cv821 having later been assigned to Judge John R. Tunheim, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 02cv821 be assigned to Judge Joan E. Lancaster, *nunc pro tunc,* by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 24, 2002.

**IT IS FINALLY ORDERED** That a copy of this Order shall be placed in each of the above respective files.

DATED: June 25, 2002.

Joan E. Lancaster
JOAN E. LANCASTER, Judge
United States District Court

DATED: June 27, 2002.

John R. Tunheim
JOHN R. TUNHEIM, Judge
United States District Court

JUN 2 ? 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to

Judge Joan E. Lancaster
and
Chief Magistrate Judge Jonathan G. Lebedoff

NEW CASE INFORMATION 02-821 JEL/JGL
Please use this case information for all further filings.