**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Steven and Patricia Knish,
Knish Corporation, f/k/a
Knish Construction Co., Inc.,

Plaintiffs,

v.

Commissioner of Internal Revenue Service,

Defendant.

Civil Action No. 01-CIV-2363 JEL/ JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

In accordance with Fed.R.Civ.P. 41(a)(1)(ii), thc parties to this action hereby stipulate that this case is **dismissed with prejudice**, each side to bear its own costs of this litigation and its own attorneys' fees.

Thomas E. Brever
2855 Anthony Lane, Suite 201
St. Anthony, MN 55418
(612) 789-1331 FAX: (612) 789-2109
Attorney I.D. #11356

ATTORNEY FOR PLAINTIFFS

Stuart D. Gibson
Department of Justice, Tax Division
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6586 FAX (202) 514-6866
Attorney I.D. No. 34587

ATTORNEY FOR DEFENDANTS

**SO ORDERED:**

United States District Judge



FILED JUL 1 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK